1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
9                          AT TACOMA

10   RAYNE DEE WELLS JR,
                                                CASE NO. C11-5759-BHS-JRC
11                         Plaintiff,
                                                REPORT AND
12        v.                                    RECOMMENDATION

13   STEVEN DEMARS et al.,                      NOTED FOR:
                                                FEBRUARY 24, 2012
14                         Defendant.

15

16        This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate

17   Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges' Rules MJR

     1, MJR 3, and MJR 4. Plaintiff asks the Court to enter defaults against defendant Doug
18
     Waddington and John Does 1 through 4 (ECF No. 16).
19
          These defendants did not accept service by mail. The returned mail for Mr. Waddington
20
     shows that he is no longer at the Washington Corrections Center, (ECF No. 8), and the "John
21
     Doe" defendants are not identified with enough specificity to allow for service. These defendants
22
     are not before the Court, and the Court lacks personal jurisdiction over them. Therefore, default
23
     is inappropriate. The Court recommends the motion be DENIED.
24

1    Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have

2 fourteen (14) days from service of this Report to file written objections.  See also Fed. R. Civ. P.

3 6.  Failure to file objections will result in a waiver of those objections for purposes of de novo

4 review by the district judge.  See 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit

5 imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on

6 February 24, 2012, as noted in the caption.

7    Dated this 27th day of January, 2012.

8

9    _____
     J. Richard Creatura

10    United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24