UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAYNE DEE WELLS, JR,

    Plaintiff,

v.

STEVEN DEMARS, et al.,

    Defendants.

Case No. C11-5759BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt.17).

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's motion for default (Dkt. 16) is **DENIED**.

DATED this 5th day of March, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER