UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAYNE DEE WELLS JR,

    Plaintiff,

v.

STEVEN DEMARS et al.,

    Defendants.

CASE NO. C11-5759-BHS-JRC

ORDER STAYING AN ACTION AND DIRECTING DEFENDANTS TO PROVIDE ADDITIONAL INFORMATION.

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff filed a motion seeking to compel defense counsel to disclose the identity and address of John or Jane Doe defendants (ECF No. 18). The Court stays this action and orders that defendant's counsel provide the Court with copies of the disputed discovery.

Assistant Attorney General Meyn states that plaintiff did not "specifically" ask for the identity of the unnamed defendants (ECF No. 19 Exhibit 1). Additionally, she states that plaintiff did not ask for the address of the unnamed defendants for purpose of service. By way of reply, plaintiff states that he does not have the names of the unnamed defendants, but that counsel has

1  this information. He states that if he obtains personal information of a DOC employee, such as their home address, he may be infracted. He then argues that the Court must appoint counsel or some compromise must be reached (ECF No. 21).

Neither party has placed before the Court copies of the interrogatories or requests for admissions that are in question. Neither party has placed before the Court any discovery responses.  The Court cannot make informed rulings without information.

There are several separate issues for the Court to consider, including: the identity of the unnamed defendants; and whether or not plaintiff has properly sought that information. Additionally, the Court would like to be informed by defendant's counsel if the unnamed defendants would be amenable to accepting waiver of service in order to avoid the disclosure of personal information. If the unnamed defendants will not accept waiver of service by mail, then the Court may need to decide the issues differently. The Court will not consider appointment of counsel at this time.

The Court now ORDERS:

1. Counsel for defendants will submit to the Court copies of all discovery requests sent by plaintiff and the responses. The Court orders these documents be filed on or before April 6, 2012.  Counsel is also ordered to answer the questions set forth above by the same date.

2. This action is STAYED.

3. The Court re-notes the motion to compel, ECF No. 18, for April 6, 2012.

Dated this 16th day of March, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER STAYING AN ACTION AND
DIRECTING DEFENDANTS TO PROVIDE
ADDITIONAL INFORMATION. - 2