UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAYNE DEE WELLS JR,

    Plaintiff,

v.

STEVEN DEMARS et al.

    Defendants.

CASE NO. C11-5759 BHS-JRC

ORDER ON PLAINTIFF'S OUTSTANDING MOTIONS

The district court has referred this 42 U.S.C. § 1983 civil rights action to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

Plaintiff asks the Court to appoint counsel and to compel defendants to identify persons (ECF No. 36). The Court has already addressed both of these issues in prior motions (ECF No. 15, and 24).

As defendants note in their response (ECF No. 39), plaintiff is a seasoned litigator who has filed over 13 actions since 2005 in state court and has filed a number of cases in federal court, as well (ECF No. 39). Plaintiff is articulate and well able to represent himself in this

ORDER ON PLAINTIFF'S OUTSTANDING
MOTIONS - 1

1 matter. Further, defendants assert that they have provided plaintiff with the discovery in question

2 and that he does not contest defendants' assertions (ECF No. 36). Both motions contained in

3 ECF No. 36 -- the motion for appointment of counsel and the motion to compel discovery -- are

4 DENIED.

5 Plaintiff asks for additional time to respond to defendants' cross motion for summary

6 judgment (ECF No. 37). Plaintiff's response was received September 25, 2012 (ECF No. 35).

7 Plaintiff has shown no good cause for the request. The motion for an extension of time is

8 DENIED. The Court will consider the response on file.

9 Plaintiff also asks for leave of Court to file "additional responsive pleadings" to

10 defendants' cross motion for summary judgment (ECF No. 42). The rules of this Court allow for

11 a motion, as response, and a reply. *See*, Local Rule 7. Plaintiff's motion is DENIED.

12 Dated this 2nd day of November, 2012.

J. Richard Creatura
United States Magistrate Judge