UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAYNE DEE WELLS, JR.,

    Plaintiff,

v.

STEVEN DEMARS, et al.,

    Defendants.

CASE NO. C11-5759 BHS-JRC

ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

This matter comes before the Court on Plaintiff's motion for an extension of time to file objections (Dkt. 48).

On December 6, 2012, Plaintiff filed the instant motion requesting an additional 30 days to file objections. *Id*. Plaintiff alleges that there have been delays in transferring his legal property and that he has faced difficulties accessing the law library. *Id*. On December 14, 2012, Defendant responded and agreed to an extension to December 27, 2012. Dkt. 49. On December 20, 2012, Plaintiff replied. Dkt. 51.

The Court finds that there is good cause to grant Plaintiff an extension as requested and that Defendant is not prejudiced by such an extension. Therefore, the

ORDER - 1

1  Court **GRANTS** Plaintiff's motion and the Clerk shall renote the R&R for consideration

2  on the Court's January 18, 2013 calendar. Plaintiff's objections, if any, shall be filed no

3  later than January 10, 2013. Defendant may respond no later than January 18, 2013.

4  **IT IS SO ORDERED.**

5  Dated this 27th day of December, 2012.

BENJAMIN H. SETTLE
United States District Judge